# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

REBECCA W. THURMAN,                  )
                                     )
    Plaintiff,   )
                                     )  Case No. 1:12-CV-197
v.                                   )
                                     )  Collier/Lee
COMMISSIONER OF SOCIAL SECURITY,     )
                                     )
    Defendant.   )

## JUDGMENT ORDER

On December 12, 2013, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 21). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1)    Plaintiff's motion for judgment on the pleadings is **DENIED** (Court File No. 14);

(2)    The Commissioner's motion for summary judgment is **GRANTED** (Court File No. 16);

(3)    The Commissioner's decision denying benefits is **AFFIRMED**.

Because no further matters remain for adjudication, the Clerk of Court is directed to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT

2